

# NUMBER 13-26-00492-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

## IN THE ESTATE OF GUADALUPE REYES ZAMORA, DECEASED

---

### ON APPEAL FROM PROBATE COURT NO. 1
### OF TRAVIS COUNTY, TEXAS

---

## MEMORANDUM OPINION

### Before Justices Peña, West, and Fonseca
### Memorandum Opinion by Justice Fonseca

On June 9, 2026, appellant filed a notice of appeal purporting to appeal an order from trial cause number C-1-PB-26-001103—in addition to the order on appeal under this Court's Cause Number 13-26-409-CV arising from trial cause number C-1-PB-24-000577.[1] On June 22, 2026, the Clerk of the Court notified appellant that no docketing statement was filed in compliance with the Texas Rules of Appellate Procedure. *See* TEX.

---

[1] Pursuant to Supreme Court Mis. Docket No. 06-9136, this appeal which arose from the same trial court case number as a related transfer from the Third Court of Appeals is now properly before the Court. *See* Tex. Gov't Code § 73.001.

R. APP. P. 5, 32, 34.6(b)(1). Further, the Clerk of the Court notified appellant that there appeared to be no final, appealable order and notified appellant that he must cure the defect or face dismissal of the appeal. *See id.* R. 42.3 (b), (c).

To date, appellant has failed to correct these defects or otherwise respond. Accordingly, the appeal is dismissed for want of prosecution. *See id.*

YSMAEL D. FONSECA
Justice

Delivered and filed on the
30th day of July, 2026

2